**FILED**
**SEP 2 4 2012**
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| CHRISTIAN AGUILAR,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MICHAEL MCDONALD, WARDEN,<br><br>　　　　Respondent. | Case No. CV 11-4218-MMM (MLG)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Petition, the records on file and the Report and Recommendations of the United States Magistrate Judge. The Court has also conducted a *de novo* review of those portions of the Report and Recommendations to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

Dated: September 23, 2012

　　　　　　　　　　　　　　　　　_/s/ Margaret M. Morrow_
　　　　　　　　　　　　　　　　　Margaret M. Morrow
　　　　　　　　　　　　　　　　　United States District Judge