JS6 /ENTER

FILED
SEP 24 2012
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| CHRISTIAN AGUILAR,            )<br>             )<br>     Petitioner,       )<br>             )<br>     v.              )<br>             )<br>MICHAEL MCDONALD, WARDEN,     )<br>             )<br>     Respondent.       )<br>             ) | Case No. CV 11-4218-MMM (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: September 23, 2012

_____
Margaret M. Morrow
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
SEP 2 4 2012
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY