JS6 /ENTER

FILED
SEP 24 2012
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHRISTIAN AGUILAR,<br><br>    Petitioner,<br><br>    v.<br><br>MICHAEL MCDONALD, WARDEN,<br><br>    Respondent. | Case No. CV 11-4218-MMM (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: September 23, 2012

_Margaret M. Morrow_
Margaret M. Morrow
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
SEP 2 4 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY